DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *michael.humphreys@usdoj.gov*
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CV-049-APG-(CWH) |
| $50,000.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT OF FORFEITURE**

The United States filed a verified Complaint for Forfeiture in Rem (ECF No. 1) on January 10, 2013. The Complaint (ECF No. 1) alleges the defendant property:

    a.    was furnished or was intended to be furnished in exchange for controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6);

    b.    is proceeds traceable to exchanges of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6); and

    c.  was used or was intended to be used to facilitate violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

 On January 22, 2013, the Court entered an Order for Summons and Warrant of Arrest in Rem for the Property and Notice (ECF No. 4) and issued the Summons and Warrant of Arrest in Rem for the Property (ECF No. 5).

 Public notice of the forfeiture action and arrest was given to all persons and entities by publication on the official government website www.forfeiture.gov from January 24, 2013, through February 22, 2013. Notice of Filing Proof of Publication, ECF No. 6.

 Pursuant to the Order (ECF No. 4), the Complaint (ECF No. 1), the Order (ECF No. 4), the Summons and Warrant (ECF No. 5), and the Notice of Complaint for Forfeiture (ECF No. 16, p. 3-4, 34-35, 51-52; ECF No. 23, p. 3-4) were served on the defendant property and all persons claiming an interest in the defendant property.  All persons interested in the defendant property were required to file their claims with the Clerk of the Court no later than 35 days after the notice of this action was sent by mail, followed by the filing of an answer to the Complaint within 21 days after the filing of their respective claims. Complaint, ECF No. 1; Order for Summons and Warrant of Arrest in Rem for the Property and Notice, ECF No. 4; Summons and Warrant Issued by the Clerk, ECF No. 5; Notice of Filing Service of Process, ECF Nos. 16 and 23.

 On March 21, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Oliver James Kwan, by and through his counsel David Chesnoff, by personal service. Notice of Filing Service of Process, ECF No. 16, p. 3-16.

 On May 30, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Heather Marie Leeman by regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 16, p. 32-65.

On October 15, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice by executing them on the defendant property. Notice of Filing Service of Process, ECF No. 23.

On March 13, 2013, an Answer to Civil Complaint for Forfeiture In Rem was filed by Oliver James Kwan with the Court. Answer to Civil Complaint for Forfeiture In Rem, ECF No. 9.

On March 13, 2013, a Verified Claim and Demand for Return of Property was filed with the Court by Oliver James Kwan. Verified Claim and Demand for Return of Property, ECF No. 10.

On October 8, 2013, a proposed Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to Oliver James Kwan and Order was filed with the Court. Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture, ECF No. 21.

On October 8, 2013, the Court entered an Order granting the Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to Oliver James Kwan. Order, ECF No. 22.

No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

Heather Marie Leeman is not in the military service within the purview of the Servicemembers Civil Relief Act.

On October 16, 2013, the United States filed a Request for Entry of Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. Request for Entry of Default, ECF No. 24.

On October 21, 2013, the Clerk of the Court entered a Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. Default, ECF No. 25.

The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact.  The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

. . .

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture be entered against (1) the $50,000.00 in United States Currency; (2) Heather Marie Leeman; and (3) all other persons or entities who may claim an interest in the defendant property in the above-entitled action, except for Oliver James Kwan.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said property be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the defendant property.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 22, 2013